No. 95–8716. LANE v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 95–8718. ARMSTEAD v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–8719. CHAPMAN v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 95–8724. ANDERSON v. ILLINOIS ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–8726. TEEL v. PARKER COUNTY, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–8728. R. A. D. v. M. H. M. Sup. Ct. Fla. Certiorari denied.

No. 95–8732. DOYLE v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–8734. FICA v. CRAWFORD ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–8735. HAGAR v. NOTTINGHAM, JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–8743. PLANTILLAS BENITEZ v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95–8744. DYE v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 95–8745. GASTON v. WHITLEY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 95–8746. HERRING v. DEPARTMENT OF VETERANS AFFAIRS ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–8748. HERNANDEZ v. ALONSO. Sup. Ct. Fla. Certiorari denied.